| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 17-18441-PMM

MYCAEL  ARISTILDE
2411 WEST WALNUT STREET
ALLENTOWN  PA    18104-8104

Petition Filed Date: 12/15/2017
341 Hearing Date: 02/20/2018
Confirmation Date: 01/10/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2019 | $500.00 | 25553338391 | 01/14/2019 | $1,000.00 | 25553338380 | 02/20/2019 | $1,000.00 | 25553347582 |
| 02/20/2019 | $400.00 | 25553347593 | 04/02/2019 | $1,000.00 | 25817828692 | 04/02/2019 | $400.00 | 25817828703 |
| 05/01/2019 | $1,000.00 | 25912525792 | 06/13/2019 | $1,000.00 | 25998681868 | 06/13/2019 | $1,000.00 | 25998681870 |
| 08/07/2019 | $400.00 | 25660099517 | 08/07/2019 | $1,000.00 | 25660099506 | 09/17/2019 | $1,000.00 | 26041374022 |
| 09/17/2019 | $800.00 | 26043174033 | 11/15/2019 | $1,000.00 | 26215567176 | 11/15/2019 | $1,000.00 | 26215567187 |
| 12/13/2019 | $1,000.00 | 26006198062 | 12/13/2019 | $400.00 | 26006198073 | 01/13/2020 | $400.00 | 26322954311 |
| 01/13/2020 | $1,000.00 | 26322954300 | 01/13/2020 | $1,000.00 | 26322954298 | 02/10/2020 | $400.00 | 26526281793 |
| 02/10/2020 | $1,000.00 | 26526281782 | 03/30/2020 | $1,000.00 | 26322996780 | 05/05/2020 | $1,000.00 | 26631007784 |
| 05/05/2020 | $400.00 | 26631007795 | 05/27/2020 | $400.00 | 26631028067 | 05/27/2020 | $1,000.00 | 26631028056 |
| 06/16/2020 | $1,000.00 | 26631039622 | 06/16/2020 | $400.00 | 26631039633 | 07/28/2020 | $400.00 | 26503010897 |
| 07/28/2020 | $1,000.00 | 26503010886 | | | | | | |

**Total Receipts for the Period:  $24,300.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $36,829.76**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | CITY OF ALLENTOWN  »» 004 | Priority Crediors | $18.90 | $18.90 | $0.00 |
| 1 | EDUCATIONAL CREDIT MGMT CORP  »» 001 | Unsecured Creditors | $6,537.10 | $0.00 | $6,537.10 |
| 3 | LVNV FUNDING LLC  »» 003 | Unsecured Creditors | $2,371.65 | $0.00 | $2,371.65 |
| 2 | NATIONSTAR MORTGAGE LLC  »» 002 | Mortgage Arrears | $67,458.23 | $29,846.72 | $37,611.51 |
| 5 | YOUNG MARR  & ASSOCIATES  »» 005 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |

**Chapter 13 Case No. 17-18441-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,829.76 | Current Monthly Payment: | $1,329.76 |
| Paid to Claims: | $32,365.62 | Arrearages: | $2,339.00 |
| Paid to Trustee: | $3,204.14 | Total Plan Base: | $77,731.80 |
| Funds on Hand: | $1,260.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.