Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 17-18441-PMM**

MYCAEL ARISTILDE  
2411 WEST WALNUT STREET  
ALLENTOWN PA    18104-8104

Petition Filed Date: 12/15/2017  
341 Hearing Date: 02/20/2018  
Confirmation Date: 01/10/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $400.00 | 26322954311 | 01/13/2020 | $1,000.00 | 26322954300 | 01/13/2020 | $1,000.00 | 26322954298 |
| 02/10/2020 | $400.00 | 26526281793 | 02/10/2020 | $1,000.00 | 26526281782 | 03/30/2020 | $1,000.00 | 26322996780 |
| 05/05/2020 | $1,000.00 | 26631007784 | 05/05/2020 | $400.00 | 26631007795 | 05/27/2020 | $400.00 | 26631028067 |
| 05/27/2020 | $1,000.00 | 26631028056 | 06/16/2020 | $1,000.00 | 26631039622 | 06/16/2020 | $400.00 | 26631039633 |
| 07/28/2020 | $400.00 | 26503010897 | 07/28/2020 | $1,000.00 | 26503010886 | 09/01/2020 | $500.00 | 26873484401 |
| 09/01/2020 | $1,000.00 | 26873484390 | 09/18/2020 | $400.00 | 26873498621 | 09/18/2020 | $1,000.00 | 26873498610 |
| 10/28/2020 | $400.00 | 26923240157 | 10/28/2020 | $1,000.00 | 26923240146 | 12/04/2020 | $1,000.00 | 26923222776 |
| 12/04/2020 | $350.00 | 26923222787 | 01/08/2021 | $1,000.00 | 27090957881 | 01/08/2021 | $300.00 | 27090957892 |
| 02/09/2021 | $350.00 | 27219433555 | 02/09/2021 | $1,000.00 | 27219433544 | 03/08/2021 | $1,000.00 | 27338927286 |
| 03/08/2021 | $100.00 | 27338927297 | 03/30/2021 | $400.00 | 27321051554 | 03/30/2021 | $1,000.00 | 27321051543 |
| 06/01/2021 | $400.00 | 27338968315 | 06/01/2021 | $1,000.00 | 27338968304 | 06/09/2021 | $400.00 | 27498506398 |
| 06/09/2021 | $1,000.00 | 27498506387 | | | | | | |

**Total Receipts for the Period: $24,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $50,429.76**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | CITY OF ALLENTOWN<br>»» 004 | Priority Crediors | $18.90 | $18.90 | $0.00 |
| 1 | EDUCATIONAL CREDIT MGMT CORP<br>»» 001 | Unsecured Creditors | $6,537.10 | $0.00 | $6,537.10 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $2,371.65 | $0.00 | $2,371.65 |
| 2 | NATIONSTAR MORTGAGE LLC<br>»» 002 | Mortgage Arrears | $67,458.23 | $41,063.72 | $26,394.51 |
| 5 | YOUNG MARR & ASSOCIATES<br>»» 005 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |

**Chapter 13 Case No. 17-18441-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $50,429.76 | Current Monthly Payment: | $1,329.76 |
| Paid to Claims: | $43,582.62 | Arrearages: | $2,036.60 |
| Paid to Trustee: | $4,327.14 | Total Plan Base: | $77,731.80 |
| Funds on Hand: | $2,520.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.