| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 17-18441-PMM

MYCAEL  ARISTILDE
2411 WEST WALNUT STREET
ALLENTOWN  PA    18104-8104

Petition Filed Date: 12/15/2017
341 Hearing Date: 02/20/2018
Confirmation Date: 01/10/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/01/2021 | $400.00 | 27338968315 | 06/01/2021 | $1,000.00 | 27338968304 | 06/09/2021 | $400.00 | 27498506398 |
| 06/09/2021 | $1,000.00 | 27498506387 | 06/23/2021 | $400.00 | 27498511800 | 06/23/2021 | $1,000.00 | 27498511798 |
| 07/27/2021 | $1,000.00 | 27498521564 | 07/27/2021 | $300.00 | 27498521575 | 09/28/2021 | $1,000.00 | 27389439595 |
| 09/28/2021 | $400.00 | 27389439606 | 10/13/2021 | $500.00 | 27691964548 | 10/13/2021 | $1,000.00 | 27691964537 |
| 11/12/2021 | $1,000.00 | 27691979793 | 11/12/2021 | $1,000.00 | 27691979804 | 12/07/2021 | $1,000.00 | 27691987768 |
| 12/07/2021 | $1,000.00 | 27691987757 | 12/28/2021 | $300.00 | 27691999637 | 12/28/2021 | $1,000.00 | 27691999626 |
| 01/11/2022 | $500.00 | 27922155120 | 01/11/2022 | $1,000.00 | 27922155118 | 02/24/2022 | $500.00 | 27922169430 |
| 02/24/2022 | $1,000.00 | 27922169428 | 03/29/2022 | $1,000.00 | 27922193177 | 03/29/2022 | $400.00 | 27922193188 |
| 04/25/2022 | $400.00 | 28218255142 | 04/25/2022 | $1,000.00 | 28218255120 | 06/14/2022 | $500.00 | 28215031691 |
| 06/14/2022 | $1,000.00 | 28215031680 | 06/14/2022 | $500.00 | 28215031678 | 06/14/2022 | $1,000.00 | 28215031667 |
| 07/19/2022 | $1,000.00 | 28215046574 | | | | | | |

**Total Receipts for the Period:  $23,500.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $71,129.76**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | CITY OF ALLENTOWN<br>»» 004 | Priority Crediors | $18.90 | $18.90 | $0.00 |
| 1 | EDUCATIONAL CREDIT MGMT CORP<br>»» 001 | Unsecured Creditors | $6,537.10 | $0.00 | $6,537.10 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $2,371.65 | $0.00 | $2,371.65 |
| 2 | NATIONSTAR MORTGAGE LLC<br>»» 002 | Mortgage Arrears | $67,458.23 | $62,545.72 | $4,912.51 |
| 5 | YOUNG MARR  & ASSOCIATES<br>»» 005 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 5 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | FAIR COLLECTIONS & OUT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | PENN CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | VERIZON | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-18441-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $71,129.76 | Current Monthly Payment: | $1,329.76 |
| Paid to Claims: | $65,064.62 | Arrearages: | ($46.76) |
| Paid to Trustee: | $6,065.14 | Total Plan Base: | $77,731.80 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.