Certificate Number: 03621-PAE-DE-037078145

Bankruptcy Case Number: 17-18441



03621-PAE-DE-037078145

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 3, 2023, at 1:13 o'clock AM EST, Mycael Aristilde completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 3, 2023

By:  /s/Bill Sheehan

Name:  Bill Sheehan

Title:  Counselor