United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 17-18441-pmm
Mycael Aristilde                                                                          Chapter 13
Mycael Aristilde
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 02, 2023 | Form ID: 138OBJ | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Mycael Aristilde, 2411 West Walnut Street, Allentown, PA 18104 |
| db | +++ | Mycael Aristilde, MAILING ADDRESS:, 2417 West Walnut Street, Allentown, PA 18104-6226 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 02 2023 23:49:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 02 2023 23:49:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14028773 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 02 2023 23:49:00 | Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 14028774 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 02 2023 23:49:00 | Bank Of America, De5-019-03-07, Newark, DE 19714 |
| 14116101 | | Email/Text: coabankruptcy@allentownpa.gov | Feb 02 2023 23:49:00 | City of Allentown, Revenue and Audit Bureau, 435 Hamilton St Rm 215, Allentown PA 18101 |
| 14047095 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 02 2023 23:49:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14028776 | ^ | MEBN | Feb 02 2023 23:47:52 | Fair Collections & Out, 12304 Baltimore Ave Ste, Beltsville, MD 20705-1314 |
| 14028775 | ^ | MEBN | Feb 02 2023 23:47:53 | Fair Collections & Out, 12304 Baltimore Ave Unite E, Beltsville, MD 20705-1314 |
| 14060468 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2023 23:54:37 | LVNV Funding, LLC its successors and assigns as, assignee of NCO Portfolio Management, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14028778 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 02 2023 23:49:00 | Nationstar Mortgage LLC, 350 Highland Dr, Lewisville, TX 75067 |
| 14028777 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 02 2023 23:49:00 | Nationstar Mortgage LLC, Attn: Bankruptcy, 350 Highland Dr, Lewisville, TX 75067 |
| 14059706 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 02 2023 23:49:00 | Nationstar Mortgage LLC, d/b/a Mr. Cooper, ATTN: Bankruptcy Department, PO Box 619096, |

District/off: 0313-4                              User: admin                                    Page 2 of 3
Date Rcvd: Feb 02, 2023                          Form ID: 138OBJ                                Total Noticed: 16

|  |  | Dallas, TX 75261-9741 |
| 14028779 | + Email/PDF: pa_dc_claims@navient.com | |
| | Feb 02 2023 23:54:42 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14028781 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | Feb 02 2023 23:49:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14028772 | | Albert Mori |
| 14028780 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 04, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mwaldt@milsteadlaw.com  bkecf@milsteadlaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Mycael Aristilde support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | |

District/off: 0313-4                                    User: admin                                    Page 3 of 3
Date Rcvd: Feb 02, 2023                          Form ID: 138OBJ                          Total Noticed: 16

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Mycael Aristilde

                Debtor(s)

Case No: 17−18441−pmm

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/2/23